IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FELICIANA SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 5:14-CV-00642-FB |
| | § | |
| FTS INTERNATIONAL SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

COME NOW Plaintiff Feliciana Sanchez and Defendant FTS International Services, LLC, and, in accordance with the Scheduling Order and Local Rule CV-88, file this their Joint Alternative Dispute Resolution Report, and would respectfully show the Court as follows:

1. The persons responsible for settlement negotiations for Plaintiff are Feliciana Sanchez, as Plaintiff, and Christopher J. McKinney and Ashley Barr, Plaintiff's attorneys of record. The persons responsible for settlement negotiations for Defendant are Trenton C. Nichols, on behalf of FTS International Services, LLC, and Mario A. Barrera and Stephen J. Romero, Defendant's attorneys of record.

2. Counsel for Plaintiff and Defendant certify that Plaintiff and Defendant have, by their respective counsel, been informed of the ADR procedures available in this district.

3. Based on the parties' opposing positions, prior negotiations, and the status of ongoing discovery, mediation is not considered a viable alternative at this time. The parties will re-evaluate this alternative as the case progresses.

41006284.1

Respectfully submitted,

THE MCKINNEY LAW FIRM

By: /s/ Christopher J. McKinney
    Christopher J. McKinney
    State Bar No. 00795516
    chris@themckinneylawfirm.com
    Ashley Barr
    State Bar No. 24078198
    ashley@themckinneylawfirm.com
110 Broadway Street, Suite 420
San Antonio, Texas  78205
Telephone: (210) 832-0932
Facsimile: (210) 568-4101

Attorneys for Plaintiff
Feliciana Sanchez


FULBRIGHT & JAWORSKI LLP

By: /s/ Mario A. Barrera
    Mario A. Barrera
    State Bar No. 01805915
    mario.barrera@nortonrosefulbright.com
    Stephen J. Romero
    State Bar No. 24046756
    stephen.romero@nortonrosefulbright.com
300 Convent Street, Suite 2100
San Antonio, Texas  78205
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Attorneys for Defendant
FTS International Services, LLC,

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of September 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher J. McKinney
Ashley Barr
The McKinney Law Firm
110 Broadway Street, Suite 420
San Antonio, Texas 78205

                                            /s/ Mario A. Barrera
                                              Mario A. Barrera