UNITED STATES DISTRICT COURT
Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of Case: Feliciana Sanchez v. FTS International Services, Inc.

2. Civil action number:  5:14-CV-00642-FB

3. Date of Mediation:   December 15, 2014

4. When did the case settle?   ❏ Before ADR   ✔ In ADR

5. What was your total fee?   $1,200.00

6. How was this Mediation initiated?  ☐ by court order   or  ✔ agreement of the parties

7. Additional comments: _____
   _____

___/s/ Joseph Casseb_____         Date:  December 17, 2014
Joseph Casseb, Neutral
jcasseb@goodelaw.com
State Bar No. 03974500
P.O. Box 120480
San Antonio, Texas  78212
(210) 733-6030