IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FELICIANA SANCHEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:14-cv-00642-FB |
| § | |
| FTS INTERNATIONAL SERVICES, LLC, § | |
| § | |
| Defendant. § | |

## STIPULATION TO DISMISS CLAIM WITH PREJUDICE

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between Plaintiff and Defendant, that all claims in the above entitled and numbered action shall be dismissed with prejudice and without costs to any party, all parties to bear their own costs and attorneys' fees.

Dated: January 12, 2015                    Respectfully submitted,

                            THE MCKINNEY LAW FIRM


                            By: __s/ Christopher J. McKinney_____
                                Christopher J. McKinney
                                State Bar No. 00795516
                                chris@themckinneylawfirm.com
                                Ashley Barr
                                State Bar No. 24078198
                                ashley@themckinneylawfirm.com
                            110 Broadway Street, Suite 420
                            San Antonio, Texas 78205
                            Telephone:  (210) 832-0932
                            Facsimile:   (210) 568-4101

                            Attorney for Plaintiff
                            Feliciana Sanchez

FULBRIGHT & JAWORSKI LLP

By: */s Mario A. Barrera*
   Mario A. Barrera
   State Bar No.  01805915
   mario.barrera@nortonrosefulbright.com
   Stephen J. Romero
   State Bar No.  24046756
   stephen.romero@nortonrosefulbright.com
300 Convent Street, Suite 2100
San Antonio, Texas 78205
Telephone: (210) 224-5575
Telecopier: (210) 270-7205

Attorneys for Defendant
FTS International Services, LLC

## CERTIFICATE OF MULTIPLE SIGNATURES

I, MARIO A. BARRERA, hereby certify that the foregoing was approved as to form and substance by all persons required to sign same.  I hereby further certify that I have express permission to submit the foregoing document electronically on behalf of Plaintiff and Defendant.

   *s/Mario A. Barrera*
   Mario A. Barrera

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher J. McKinney
Ashley Barr
The McKinney Law Firm
110 Broadway Street, Suite 420
San Antonio, TX 78205

   */s Mario A. Barrera*
   Mario A. Barrera